JS-6

**P. KRISTOFER STROJNIK, ESQ. #242728**
2415 E. Camelback Rd. Ste. 700
Phoenix, AZ 85016
(415) 450-0100
pstrojnik@strojniklaw.com

Attorney for Plaintiff: THERESA BROOKE

**KENNETH I. GROSS, ESQ. #117838**
**LAW OFFICES OF KENNETH I. GROSS & ASSOCIATES**
849 South Broadway, Suite 504
Los Angeles, California 90014-3232
(213) 627-0218 (Tel.)
kgross@kigrosslaw.com

Attorneys for Plaintiff Defendant MONTEBELLO HILLS TRAVELODGE LP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>  Plaintiff,<br><br>  vs.<br><br>MONTEBELLO HILLS TRAVELODGE LP, a California Limited Partnership, etc, et al,<br><br>  Defendant(s). | Case No.: 2:21-cv-01356-RGK-E<br><br>[~~proposed~~] ORDER ON STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE |

The Court having reviewed the Stipulation of the Parties, hereby Orders that the Complaint of Plaintiff

is hereby dismissed with prejudice. Each side shall bear its own costs, expenses and attorney fees

Order of Dismissal

incurred in this action or related to this action.

IT IS SO ORDERED

Dated: August 12, 2021

_____
Gary Klausner
United States District Judge

Order of Dismissal